# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 13, 2007*

[Cite as *02/13/2007 Case Announcements,* 2007-Ohio-594.]

## MOTION AND PROCEDURAL RULINGS

**2006–0279.   Baughman v. State Farm Mut. Auto. Ins. Co.**
Summit App. No. 22204, 2005-Ohio-6980. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. On July 3, 2006, this court granted a joint motion to stay briefing in this case. It further ordered the parties to file a notice of status of the trial court proceedings within 60 days. The parties have since filed three joint status reports of settlement proceedings. In the parties' last report, filed on January 29, 2007, the parties propose filing, by April 27, 2007, either a joint motion to dismiss or yet another status report.

It is ordered by the court, sua sponte, that, if the parties have not reached a settlement by April 27, 2007, the stay of briefing shall be lifted and briefing will proceed pursuant to S.Ct.Prac.R. VI. Appellant's merit brief will be due 40 days from April 27, 2007.

**2006–1619.   Flynn v. Westfield Ins. Co.**
Hamilton App. No. C–050909, 168 Ohio App.3d 94, 2006-Ohio-3719. This cause was initially before the court on appeal and cross-appeal from the Court of Appeals for Hamilton County. On December 13, 2006, the court declined jurisdiction of the appeal and cross-appeal. On February 7, 2007, the court granted Westfield Insurance Company's motion for reconsideration and accepted the cross-appeal on Proposition of Law No. I. Upon further consideration,

It is ordered by the court, sua sponte, that the parties shall brief Proposition of Law No. I of the cross-appeal as follows:
1) Cross-appellant shall file a merit brief pursuant to S.Ct.Prac.R. VI(2).
2) Cross-appellee shall file a merit brief pursuant to S.Ct.Prac.R. VI(3).
3) Cross-appellant may file a reply brief pursuant to S.Ct.Prac.R. VI(4).

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–0111.   State ex rel. DaimlerChrysler Corp. v. Majerowski.**
Franklin App. No. 05AP–1103, 2006-Ohio-6428.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2006–1949.   State ex rel. Gilbert v. Indus. Comm.**
Franklin App. No. 05AP–777, 2006-Ohio-4484.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 15, 2007*

[Cite as *02/15/2007 Case Announcements,* 2007-Ohio-623.]

## MOTION AND PROCEDURAL RULINGS

**2007–0072.   State ex rel. Douglas v. Greenfield City Council.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint motion to continue stay of briefing schedule pending negotiation of attorney fees,

It is ordered by the court that the motion is granted.